IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:99-CR-00086-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RODERICK TYRONE SIMPSON, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Amended Motion [DE-22] and Memorandum [DE-23] and Defendant's objection to the United States Probation Office's Proposed Order regarding the Amended Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c). The United States Probation Office has proposed that Defendant's Amended Guideline Range is 262 to 327 months, and his sentence should be reduced from 244 months to 219 months. Defendant contends that he disagrees with the United States Probation Office's Amended Guideline Range. Specifically, Defendant argues that his applicable guideline range is 235 to 293 months, and his sentence should be reduced to 196 months. Defendant has requested that the court have a hearing on the matter.

The court is interested in the Government's position. Therefore, the Government is DIRECTED to file a response **by October 15, 2013**. After the court has had time to review the Government's response, Defendant's request for a hearing will be considered.

SO ORDERED.

This, the 21 day of August, 2013.

James C. Fox
JAMES C. FOX
Senior United States District Judge