UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:99-CR-86-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RODERICK TYRONE SIMPSON, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's motion for reduction of sentence [DE-20, -22] and the Defendant's objection to the United States Probation Office's Proposed Order regarding Motion For Sentence Reduction. For the reasons stated in *United States v. Black*, __ F.3d __ (4th Cir. 2013), *available at* 2013 WL 6354142, which the court adopts herein, the motion is DENIED without prejudice to raise the issue again if *Black* is reversed by the Fourth Circuit sitting *en banc* or the United States Supreme Court. A separate order filed contemporaneously will explain why Steele is otherwise ineligible for relief under 18 U.S.C. § 3582(c).

SO ORDERED.

This the 1st day of April, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge