UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Roderick Tyrone Simpson**　　　　　　　　　　　　　　Docket No. 7:99-CR-86-1BO

### Petition for Action on Supervised Release

COMES NOW Kyle Kusmierczyk, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Roderick Tyrone Simpson, who, upon an earlier plea of guilty to Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base, in violation of 21 U.S.C. § 841 (a)(1), was sentenced by the Honorable James C. Fox, U.S. District Judge, on April 17, 2000, to the custody of the Bureau of Prisons for a term of 420 months; which was subsequently reduced to 300 months on May 8, 2001; which was subsequently reduced to 244 months on June 23, 2009; and which was subsequently reduced to 219 months on April 1, 2014. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Roderick Tyrone Simpson was released from custody on September 25, 2015, at which time the term of supervised release commenced. Simpson tested positive for cocaine on June 27, 2018. On July 17, 2018, Simpson's supervision was continued. Simpson tested positive for cocaine on July 24, 2018. On August 10, 2018, Simpson's supervision was continued.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Simpson tested positive for cocaine on August 9, 2018. This is Simpson's third positive drug screen. He continues in both group and individual substance abuse counseling. To address this violation the Probation Officer is recommending 60 days of curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton　　　　　　　　　　　　/s/ Kyle Kusmierczyk
Robert L. Thornton　　　　　　　　　　　　　Kyle Kusmierczyk
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　2 Princess Street, Suite 308
　　　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401-3958
　　　　　　　　　　　　　　　　　　　　　Phone: 910-679-2034
　　　　　　　　　　　　　　　　　　　　　Executed On: August 23, 2018

Roderick Tyrone Simpson
Docket No. 7:99-CR-86-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __24__ day of __August__, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge